# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| LORETTA LEWIS, | ) | 4:16CV3144 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| BELLEVUE UNIVERSITY, a Nebraska Non-Profit Corporation, | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 22) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs.

DATED this 15th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge